

**SEALED**

PHILIP M ROSS
1006 Holbrook Road
San Antonio, Texas 78218
Tel: (210) 326.2100
E-Mail/Fax: ross_law@hotmail.com

**RECEIVED**
MAR 1 3 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

March 13, 2015

FALSE CLAIMS ACT CASE FILED UNDER SEAL
HANDLE ACCORDINGLY

*VIA HAND DELIVERY*

TO THE CLERK
IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

    *Re: US ex rel (Nancy Alanis, Plaintiff-Relator) v WELLS FARGO BANK, NA et al*
    *CIVIL ACTION No:* SA15CA0191 FB

Dear Court Clerk:

    By way of this correspondence, please accept for filing an original and one copy of Plaintiff-Relator's **Original Complaint and/or alternatively, *False Claims Act Complaint And Demand For A Jury Trial*** (hereafter the "False Claims Act Petition"), *Motion To File Complaint in Camera and Place Complaint Under Seal* and proposed Order, and *Request to Withhold Issue Of Summons*, together with my filing fee of $400.00.

    **Pursuant to 31 USC § 3730(b)(2), these papers are filed *in camera* and under seal. Accordingly, please withhold issuance of summons, and assure that no copies are placed in the press box and that the action is not noted on PACER or otherwise on the public docket.**

Respectfully Submitted,

/s/ Philip Ross
PHILIP M ROSS
Attorney For Nancy Alanis, Plaintiff-Relator

Enclosures